**No. 40556.**—Protests 260506–G, etc., of Joseph, Inc., et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) fabrics or articles in chief value of artificial silk the same as those passed upon in Abstract 37230 at 60 percent under paragraph 31; (2) embroidered wearing apparel in part of lace or trimmings

at 75 percent under paragraph 1430, *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397) followed; (3) artificial flowers the same as those passed upon in *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) at 60 percent under paragraph 1419.